UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMECIA ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:20-cv-001793-JMS-DML |
| | ) | |
| SAM'S EAST, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Jamecia Allen, and Defendant, Sam's East, Inc., have filed a Joint Stipulation of

Dismissal with Prejudice.

**IT IS THEREFORE ORDERED** that all claims asserted by Plaintiff in this matter are

dismissed with prejudice, with each party to bear its own attorneys' fees and costs [32].

Date: 6/2/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies:

All ECF Counsel of Record

4844-4158-4364, v. 1